**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**DARRYL ALLMOND,**

         Plaintiff,

**v.**                               **CASE NO. 3:06-cv-767-J-16HTS**

**BANK OF AMERICA, EDDIE CORASCO,**
**JANET HUNTER, and PRIMARY**
**PAYMENT SYSTEMS, INC.,**

         Defendants.

_____/

**O R D E R**

    This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed October 20, 2006 (Doc. #12).  No objections have been filed to said Report. After an independent review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation.  Accordingly, it is now

    **ORDERED AND ADJUDGED** that the Motion (Doc #11) is **GRANTED** to the extent that this case is **DISMISSED** without prejudice and that the Petition (Doc #2) is **DENIED AS MOOT.**

    **DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 28th  day of November, 2006.

Copies to:
    Counsel of record
    Pro Se Parties

JOHN H. MOORE II
United States District Judge